**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-4246-17T4

BARRY J. WEINBAUM,

    Plaintiff-Appellant,

v.

BARBARA T. WEINBAUM,

    Defendant-Respondent.

_____

Submitted October 10, 2019 – Decided October 18, 2019

Before Judges Suter and DeAlmeida.

On appeal from the Superior Court of New Jersey, Chancery Division, Family Part, Middlesex County, Docket No. FM-12-0682-09.

The Law Office of Rajeh A. Saadeh, LLC, attorneys for appellant (Rajeh A. Saadeh, on the briefs).

Shimalla Wechsler Lepp & D'Onofrio, LLP, attorneys for respondent (Sarah Melissa Mahony, of counsel and on the brief; William Edward Reutelhuber, on the brief).

PER CURIAM

The parties have advised us that this matter has been amicably settled between them and stipulated to the dismissal of this appeal. Accordingly, the appeal is dismissed with prejudice and without costs.

Dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-4246-17T4